

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2016

No. 04-16-00154-CR

The **STATE** of Texas,
Appellant

v.

Andres **GARCIA,**
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CR-15-315
Honorable Romero Molina, Judge Presiding

# O R D E R

The State filed its appellant's brief on May 25, 2016. Therefore, appellee's brief was due June 24, 2016. However, on June 29, 2016, appellee's appointed attorney, Mr. G. Allen Ramirez, informed this court that he would file a response in writing stating appellee does not wish to contest the State's appeal. Mr. Ramirez has filed neither his response, appellee's brief, nor a motion for extension of time.

It is therefore, ORDERED that Mr. Ramirez file either a (1) written response stating appellee does not contest the State's request for relief as stated in the State's appellant's brief or (2) appellee's brief <u>no later than July 22, 2016</u>. If Mr. Ramirez does not respond by July 22, 2016, this cause will be abated for the trial court to conduct a hearing to determine whether: (1) appellee desires to file a responsive pleading to the State's brief; (2) appellant is indigent, and if so, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel; and (3) counsel has abandoned the appeal. Because sanctions may be necessary, the trial court will be asked to address this issue even if new counsel is retained or substituted before the date of the hearing.

The Clerk of this court shall cause a copy of this order to be served on Mr. Ramirez by certified mail, return receipt requested, and by United States mail. The Clerk of this court shall also fax a copy of this order to the presiding judge of the County Court at Law, Starr County, Texas.

_____

Sandee Bryan Marion, Chief Justice


      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2016.

_____

Keith E. Hottle

Clerk of Court